UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-2206-CJC (JPRx) | Date | May 8, 2014 |
|---|---|---|---|
| Title | Masimo Corp. v. Shenzhen Mindray Bio-Med. Elecs. Co. | | |

| Present: The Honorable | Jean Rosenbluth, U.S. Magistrate Judge | |
|---|---|---|
| Lisa Bernson | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**        (IN CHAMBERS)

  On April 24, 2014, Defendant filed a motion to compel production of documents. On May 1, 2014, Defendant filed a supplemental memorandum in support of its motion. Plaintiff did not file a supplemental memorandum.

  The Court's review of the joint stipulation and other motion documents, including Defendant's supplemental memorandum, makes clear that the parties have not met and conferred in good faith, as required by Local Rule 37 before any discovery motion may be filed.

  Accordingly, **lead counsel for each party** are ORDERED to appear on Thursday, May 15, the date set for the hearing on the motion, **at 10 a.m.** in Courtroom 6A to meet and confer further under the Court's watchful eye. Counsel will meet and confer from 10 a.m. to noon and again from 1 to 3:30 p.m. **in the courthouse continuously except for a one-hour lunch break**. At 3:30 p.m., counsel will reconvene in Courtroom 6A, at which time the Court will hear counsel's respective proposals for resolving any remaining disputes. The Court will then rule in accordance with the most reasonable proposal on any given issue. If at any time prior to 3:30 p.m. counsel have resolved <u>all</u> remaining disputes, they may so inform the Court's Clerk and the Court will convene a brief hearing to confirm that all issues have been resolved. Similarly, if counsel resolve the entirety of this motion before May 15 by meeting and conferring on their own, Defendant may file a notice of withdrawal of the motion.

**cc: Judge Carney**