Nicola A. Pisano (CA Bar No. 151282)
    npisano@foley.com
Jose L. Patiño (CA Bar No. 149568)
    jpatino@foley.com
Shawn E. McDonald (CA Bar No. 237580)
    semcdonald@foley.com
Justin E. Gray (CA Bar No. 282452)
    jegray@foley.com
Christopher C. Bolten (CA Bar No. 268284)
    cbolten@foley.com
**FOLEY & LARDNER LLP**
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130-3302
Telephone:  858.847.6700
Facsimile:   858.792.6773

Attorneys for Defendant, Counter-Plaintiff
and Counter Counter-Defendant
SHENZHEN MINDRAY BIO-MEDICAL
ELECTRONICS CO., LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation,<br><br>    Plaintiff, Counter-Defendant and Counter Counter-Plaintiff,<br><br>    v.<br><br>SHENZHEN MINDRAY BIO-MEDICAL ELECTRONICS CO., LTD, a corporation of the People's Republic of China,<br><br>    Defendant, Counter-Plaintiff and Counter-Defendant. | Case No. SACV12-02206 CJC (JPRx)<br><br>**SHENZHEN MINDRAY BIO-MEDICAL ELECTRONICS CO., LTD.'S ANSWER TO MASIMO CORPORATION'S COUNTER-COUNTERCLAIMS**<br><br>**DEMAND FOR JURY TRIAL** |

Shenzhen Mindray Bio-Medical Electronics Co., Ltd. ("Shenzhen Mindray"), by and through its undersigned attorneys, hereby answers Masimo Corporation's ("Masimo") Counter-Counterclaims (Dkt. No. 160) as follows:

## JURISDICTION AND VENUE

1.  Shenzhen Mindray admits that Masimo contends in Paragraph 1 of the Counter-Counterclaims that Masimo's Counter-Counterclaims in this action are asserted under the Federal Declaratory Judgment Act, 28 U.S.C. § 2 and that Masimo seeks declaratory judgments under the patent laws of the United States, United States Code Title 35, but Shenzhen Mindray denies that Masimo has stated a claim for declaratory judgment of non-infringement or of invalidity and denies that Masimo's declaratory judgment claims have merit.

2.  Paragraph 2 of Masimo's Counter-Counterclaims calls for a legal conclusion to which no response is required by Shenzhen Mindray. To the extent that a response is required, Shenzhen Mindray admits that it has asserted U.S. Patent Nos. 6,308,089 (the "'089 patent") and 7,048,687 (the "'687 patent") against Masimo in its Counterclaims and that there exists an actual and justiciable controversy between the parties regarding the validity and infringement of the '089 patent and the '687 patent but denies the remaining allegations of Paragraph 2 of Masimo's Counter-Counterclaims.

3.  Shenzhen Mindray admits the allegations of Paragraph 3 of Masimo's Counter-Counterclaims.

4.  Shenzhen Mindray admits that it has submitted to the personal jurisdiction of this Court for the purpose of its compulsory counterclaims but denies the remaining allegations of Paragraph 4 of Masimo's Counter-Counterclaims.

5.  Shenzhen Mindray admits that venue is proper in this district for the purpose of compulsory counterclaims pursuant to 28 U.S.C. § 1391 because this suit was filed in this District by Masimo and because, upon information and belief,

various acts and transactions constituting at least a substantial portion of some of the Counter-Counterclaims arose in this judicial district.

## ANSWER TO THE FIRST COUNTER-COUNTERCLAIM: DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '089 PATENT

6. Shenzhen Mindray repeats and realleges Paragraphs 1-5 of its Answer to Masimo's Counter-Counterclaims as if fully set forth herein.

7. Shenzhen Mindray admits the allegations of Paragraph 7 of Masimo's Counter-Counterclaims.

8. Shenzhen Mindray admits the allegations of Paragraph 8 of Masimo's Counter-Counterclaims.

9. Paragraph 9 of Masimo's Counter-Counterclaims calls for a legal conclusion to which no response is required by Shenzhen Mindray. To the extent the allegations in this paragraph require a response, Shenzhen Mindray denies them.

10. Shenzhen Mindray admits the allegations of Paragraph 10 of Masimo's Counter-Counterclaims.

11. Paragraph 11 of Masimo's Counter-Counterclaims calls for a legal conclusion to which no response is required by Shenzhen Mindray. To the extent the allegations in this paragraph require a response, Shenzhen Mindray denies them.

## ANSWER TO THE SECOND COUNTER-COUNTERCLAIM: DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '687 PATENT

12. Shenzhen Mindray repeats and realleges Paragraphs 1-11 of its Answer to Masimo's Counter-Counterclaims as if fully set forth herein.

13. Shenzhen Mindray admits the allegations of Paragraph 13 of Masimo's Counter-Counterclaims.

14. Shenzhen Mindray admits the allegations of Paragraph 14 of Masimo's Counter-Counterclaims.

15. Paragraph 15 of Masimo's Counter-Counterclaims calls for a legal conclusion to which no response is required by Shenzhen Mindray. To the extent the allegations in this paragraph require a response, Shenzhen Mindray denies them.

16. Shenzhen Mindray admits the allegations of Paragraph 16 of Masimo's Counter-Counterclaims.

17. Paragraph 17 of Masimo's Counter-Counterclaims calls for a legal conclusion to which no response is required by Shenzhen Mindray. To the extent the allegations in this paragraph require a response, Shenzhen Mindray denies them.

## ANSWER TO THE THIRD COUNTER-COUNTERCLAIM: DECLARATORY JUDGMENT OF INVALIDITY OF THE '089 PATENT

18. Shenzhen Mindray repeats and realleges Paragraphs 1-17 of its Answer to Masimo's Counter-Counterclaims as if fully set forth herein.

19. Shenzhen Mindray admits the allegations of Paragraph 19 of Masimo's Counter-Counterclaims.

20. Paragraph 20 of Masimo's Counter-Counterclaims calls for a legal conclusion to which no response is required by Shenzhen Mindray. To the extent the allegations in this paragraph require a response, Shenzhen Mindray denies them.

21. Shenzhen Mindray admits the allegations of Paragraph 21 of Masimo's Counter-Counterclaims.

22. Paragraph 22 of Masimo's Counter-Counterclaims calls for a legal conclusion to which no response is required by Shenzhen Mindray. To the extent the allegations in this paragraph require a response, Shenzhen Mindray denies them.

## ANSWER TO THE FOURTH COUNTER-COUNTERCLAIM: DECLARATORY JUDGMENT OF INVALIDITY OF THE '687 PATENT

23. Shenzhen Mindray repeats and realleges Paragraphs 1-22 of its Answer to Masimo's Counter-Counterclaims as if fully set forth herein.

24. Shenzhen Mindray admits the allegations of Paragraph 24 of Masimo's Counter-Counterclaims.

25. Paragraph 25 of Masimo's Counter-Counterclaims calls for a legal conclusion to which no response is required by Shenzhen Mindray. To the extent the allegations in this paragraph require a response, Shenzhen Mindray denies them.

26. Shenzhen Mindray admits the allegations of Paragraph 26 of Masimo's Counter-Counterclaims.

27. Paragraph 27 of Masimo's Counter-Counterclaims calls for a legal conclusion to which no response is required by Shenzhen Mindray. To the extent the allegations in this paragraph require a response, Shenzhen Mindray denies them.

## DEMAND FOR JURY TRIAL

Shenzhen Mindray joins Masimo's request for a trial by jury of any and all issues in this action so triable.

## PRAYER FOR RELIEF

THEREFORE, Shenzhen Mindray denies that Masimo is entitled to judgment against Shenzhen Mindray as requested or any other or further relief.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

28. Masimo's First through Fourth Counter-Counterclaims each fail to state a claim upon which relief may be granted. Among other things, Masimo fails to satisfy the pleading standards of *Twombly*, *Iqbal*, and other relevant precedent because the Counter-Counterclaims merely state legal conclusions without

providing a sufficient underlying factual basis to support those conclusions.

## OTHER AFFIRMATIVE DEFENSES

29. Shenzhen Mindray reserves the right to assert additional affirmative defenses during or upon completion of discovery.

DATED: May 22, 2014            Respectfully submitted,

FOLEY & LARDNER LLP

*/s/ Nicola A. Pisano*
Nicola A. Pisano (CA Bar No. 151282)
  npisano@foley.com
Jose L. Patiño (CA Bar No. 149568)
  jpatino@foley.com
Shawn E. McDonald (CA Bar No. 237580)
  semcdonald@foley.com
Justin E. Gray (CA Bar No. 282452)
  jegray@foley.com
Christopher C. Bolten (CA Bar No. 268284)
  cbolten@foley.com

Attorneys for Defendant, Counter-Plaintiff and Counter Counter-Defendant
SHENZHEN MINDRAY BIO-MEDICAL ELECTRONICS CO., LTD.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Executed on May 22, 2014.

FOLEY & LARDNER LLP

*/s/ Nicola A. Pisano*
Nicola A. Pisano (CA Bar No. 151282)
npisano@foley.com

Attorneys for Defendant, Counter-Plaintiff and Counter Counter-Defendant
SHENZHEN MINDRAY BIO-MEDICAL ELECTRONICS CO., LTD.