**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 12-02206-CJC(JPRx)                                  Date: June 12, 2014

Title: MASIMO CORPORATION V. MINDRAY DS USA, INC., ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING DEFENDANT'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE** [filed 5/12/14]

     Having read and considered the papers presented by the parties, the Court finds these matters appropriate for disposition without a hearing. See Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for June 16, 2014 at 1:30 p.m. is hereby vacated and off calendar.

     Defendant's motion is **DENIED**. Defendant has not shown that Plaintiff failed to preserve, collect, or produce any relevant document or that it spoliated any relevant evidence.

rrd

MINUTES FORM 11
CIVIL-GEN                                                                                    Initials of Deputy Clerk MU