UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 12-02206-CJC(JPRx)     Date: June 19, 2014

Title: <u>MASIMO CORPORATION V. MINDRAY DS USA, INC., ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Michelle Urie</u>            <u>   N/A   </u>
Deputy Clerk            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** [filed 5/5/14]

     Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing set for June 23, 2014 at 1:30 p.m. is hereby vacated and off calendar.

     Shenzhen Mindray's motion for partial summary judgment of non-infringement of Masimo's asserted patents is **DENIED**.  There is a disputed issue of fact as to whether Shenzhen Mindray sold the accused devices "within the United States" for purposes of liability under 35 U.S.C. § 271(a).  While Shenzhen Mindray's argument that its commercial invoices of sale do not demonstrate any sale within the United States, (*see, e.g.*, Dkt. No. 171-4, Exhs. A, B; Dkt. No. 220-2, Exh. U),the nature of the transaction, including that the goods were delivered to the United States, raises a material issue of fact not appropriate for resolution on summary judgment.  *See Litecubes, LLC v. N. Light Prods., Inc.*, 523 F.3d 1353, 1369–71 (Fed. Cir. 2008).

rrd

MINUTES FORM 11
CIVIL-GEN                                        Initials of Deputy Clerk MU