UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 12-02206-CJC(JPRx)            Date: June 19, 2014

Title: <u>MASIMO CORPORATION V. MINDRAY DS USA, INC., ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Michelle Urie</u>            <u>N/A</u>
Deputy Clerk            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present            None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SANCTIONS** [filed 5/5/14]

      Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for June 23, 2014 at 1:30 p.m. is hereby vacated and off calendar.

      On May 5, 2014, Masimo filed a motion for sanctions against Shenzen Mindray for its failure to produce relevant source code as ordered by the Magistrate Judge on March 6, 2014. (Dkt. No. 170 ["Mot. Sanctions"].) The motion was filed before the Court issued its final order upholding the Magistrate Judge's March 6 discovery order on May 28, 2014. (Dkt. No. 202.) Masimo's motion was therefore prematurely filed, and is **DENIED WITHOUT PREJUDICE**. If Shenzhen Mindray still has not complied with all aspects of the Magistrate Judge's March 6 order, including producing all relevant product samples ordered to be produced by the Magistrate Judge,[1] then Masimo may renew its motion for sanctions in light of the Court's May 28 order.

rrd

MINUTES FORM 11
CIVIL-GEN                                                              Initials of Deputy Clerk MU

---

[1] The March 6 order clearly stated that Masimo's "Motion to Compel as to request for production number 55 is GRANTED IN PART with the express limitations that Defendant had pointed out in lines 2 through 8 on page 46 of the Joint Stipulation." (Dkt. No. 119.)