Joseph R. Re (SBN 134,479)
Joe.Re@knobbe.com
Jon W. Gurka (SBN 187,964)
Jon.Gurka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Attorneys for Plaintiffs/Counter-Defendants/Counter-Counter Claimants
MASIMO CORPORATION and MASIMO INTERNATIONAL SARL

Nicola A. Pisano (SBN 151,282)
npisano@foley.com
Jose L. Patiño (SBN 149,568)
jpatino@foley.com
**FOLEY & LARDNER LLP**
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130-3302
Phone: 858.847.6700
Fax: 858.792.6773

Attorneys for Defendant/Counter-Plaintiff/Counter-Counter-Defendant
SHENZHEN MINDRAY BIO-MEDICAL ELECTRONICS CO., LTD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION a Delaware corporation,<br><br>and<br><br>MASIMO INTERNATIONAL SARL, a corporation of Switzerland<br><br>Plaintiffs,<br><br>v.<br><br>SHENZHEN MINDRAY BIO-MEDICAL ELECTRONICS CO., LTD a corporation of the People's Republic of China<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No.<br>SACV12-02206 CJC (JPRx)<br><br>**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER PURSUANT TO COURT'S JUNE 26 ORDER [DKT. 229]**<br><br>**The Honorable Cormac J. Carney** |

# JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER PURSUANT TO COURT'S JUNE 26, 2014 ORDER [DKT. 229]

On July 14, 2014 and August 6, 2014, counsel for Plaintiffs Masimo Corporation and Masimo International SARL (collectively, "Masimo") and counsel for Defendant Shenzhen Mindray Bio-Medical Electronics Co., Ltd. ("Shenzhen Mindray") met and conferred to identify and propose a mutually agreeable case schedule in light of the Court's June 26, 2014 Order (Docket No. 229).

THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, that the case schedule in the above-captioned action shall be as follows:

### 1. Fact Discovery

The parties shall complete all fact discovery by February 27, 2015. The parties must file and have heard all motions relating to fact discovery prior to this date.

### 2. Joinder of Parties and Amendment of Pleadings

The parties shall file and have heard all motions to amend or supplement the pleadings, or to join additional parties, on or before July 27, 2015.

### 3. Expert Discovery

Pursuant to Fed. R. Civ. P. 26(a)(2), the parties shall exchange opening expert reports on issues for which each party bears the burden of proof on March 27, 2015. Responsive expert disclosures and reports are due on April 24, 2015. Rebuttal reports are due on May 8, 2015. The parties shall complete all expert discovery, including expert depositions, by May 29, 2015.

### 4. Dispositive Motions

The parties shall file all summary judgment and/or *Daubert* motions on or before June 22, 2015. The parties shall notice all such motions for a hearing on July 27, 2015. Pursuant to Local Rules 7-9 & 7-10, the parties shall submit opposition briefs and reply briefs on July 6, 2015 and July 13, 2015,

respectively.

### 5. Pretrial Conference

Masimo proposes that the pretrial conference will be held on **Monday, November 16, 2015 at 03:00 PM**; Shenzhen Mindray proposes that the pretrial conference be held on **October 19, 2015 at 03:00 pm**, so as to provide the parties additional time to ready their cases in view of the Court's rulings at the pretrial conference.

### 6. Trial

The case is set for **jury trial, Tuesday, December 1, 2015 at 09:00 AM**.

### 7. ADR Procedures

The parties are referred to ADR Procedure No. 2 – Court Mediation Panel. The parties have until September 15, 2015 to conduct settlement proceedings.

SO STIPULATED.

KNOBBE, MARTENS, OLSON & BEAR LLP

Dated: August 14, 2014         By: */s/ Stephen W. Larson*
　　　　　　　　　　　　　　　　Joseph R. Re
　　　　　　　　　　　　　　　　Jon W. Gurka
　　　　　　　　　　　　　　　　Stephen W. Larson
　　　　　　　　　　　　　　　　Nicholas A. Belair

Attorneys for Plaintiffs, and Counter-Defendant MASIMO CORPORATION and MASIMO INTERNATIONAL SARL

FOLEY & LARDNER LLP

Dated: August 14, 2014         By: */s/ Nicola A. Pisano (With Permission)*
　　　　　　　　　　　　　　　　Nicola A. Pisano
　　　　　　　　　　　　　　　　Jose L. Patino
　　　　　　　　　　　　　　　　Justin E. Gray
　　　　　　　　　　　　　　　　Christopher C. Bolten

Attorneys for Defendant and Counter-Plaintiff SHENZHEN MINDRAY BIOMEDICAL ELECTRONICS CO., LTD.