1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION a Delaware corporation, <br><br> and <br><br> MASIMO INTERNATIONAL SARL, a corporation of Switzerland <br><br> Plaintiffs, <br><br> v. <br><br> SHENZHEN MINDRAY BIO-MEDICAL ELECTRONICS CO., LTD a corporation of the People's Republic of China <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. SACV12-02206 CJC (JPRx) <br><br> **SCHEDULING ORDER** <br><br> **The Honorable Cormac J. Carney** |

The Court, having reviewed the parties' Joint Stipulation and [Proposed] Scheduling Order Pursuant To Court's June 26 Order [DKT. 229], now **ORDERS** as follows:

### 1. Fact Discovery

The parties shall complete all fact discovery by February 27, 2015. The parties must file and have heard all motions relating to fact discovery prior to this date.

### 2. Joinder of Parties and Amendment of Pleadings

The parties shall file and have heard all motions to amend or supplement the pleadings, or to join additional parties, on or before July 27, 2015.

### 3. Expert Discovery

Pursuant to Fed. R. Civ. P. 26(a)(2), the parties shall exchange opening expert reports on issues for which each party bears the burden of proof on March 27, 2015. Responsive expert disclosures and reports are due on April 24, 2015. Rebuttal reports are due on May 8, 2015. The parties shall complete all expert discovery, including expert depositions, by May 29, 2015.

### 4. Dispositive Motions

The parties shall file all summary judgment and/or *Daubert* motions on or before June 22, 2015. The parties shall notice all such motions for a hearing on July 27, 2015. Pursuant to Local Rules 7-9 & 7-10, the parties shall submit opposition briefs and reply briefs on July 6, 2015 and July 13, 2015, respectively.

### 5. Pretrial Conference

[ ] pretrial conference will be held on Monday, October 19, 2015 at 03:00 pm

[ ✔ ] pretrial conference will be held on Monday, November 16, 2015 at 03:00 pm

/ / /

**6.** **Trial**

The case is set for **jury trial, Tuesday, December 1, 2015 at 09:00 AM**.

**7.** **ADR Procedures**

The parties are referred to ADR Procedure No. 2 – Court Mediation Panel. The parties have until September 15, 2015 to conduct settlement proceedings.

**IT IS SO ORDERED.**

DATED: August 18, 2014 _____
Cormac J. Carney
United Stated District Judge