Joseph R. Re (SBN 134,479)
Joe.Re@knobbe.com
Jon W. Gurka (SBN 187,964)
Jon.Gurka@knobbe.com
Stephen W. Larson (SBN 240,844)
Stephen.Larson@ knobbe.com
Nicholas A. Belair (SBN 295,380)
Nick.Belair@knobbe.com
Mark D. Kachner (SBN No: 234,192)
mark.kachner@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Fax:    (949) 760-9502

Attorneys for Plaintiffs
MASIMO CORPORATION and
MASIMO INTERNATIONAL SARL

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION a Delaware corporation,<br><br>and<br><br>MASIMO INTERNATIONAL SARL, a corporation of Switzerland<br><br>Plaintiffs,<br><br>v.<br><br>SHENZHEN MINDRAY BIO-MEDICAL ELECTRONICS CO., LTD a corporation of the People's Republic of China<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. SACV12-02206 CJC (JPRx)<br><br>**JOINT STIPULATION AND [PROPOSED] MODIFIED SCHEDULING ORDER**<br><br>**Hon. Cormac J. Carney** |

On December 16, 2014 and December 22, 2014, counsel for Plaintiffs Masimo Corporation and Masimo International SARL (collectively, "Masimo") and counsel for Defendant Shenzhen Mindray Bio-Medical Electronics Co., Ltd. ("Shenzhen Mindray") met and conferred regarding the case scheduling order, Dkt 249. Both parties agreed that there are benefits from having additional time for written discovery and depositions, particularly in light of the Chinese New Year holiday in February 2015, which is at the end of the current fact discovery period. Both parties agreed to modify the case schedule, as set forth below, without impacting the current pretrial conference or trial dates.

Accordingly, THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, that the case schedule in the above-captioned action shall be modified as follows:

|  | **Original Date** | **Modified Date** |
|---|---|---|
| Target Date for Substantial Completion of Document Production (Dkt. 262) | January 16, 2015 | January 30, 2015 |
| Fact Discovery Cut-off | February 27, 2015 | April 30, 2015 |
| Joinder of Parties and Amendment of Pleadings | July 27, 2015 | **(no change)** July 27, 2015 |
| Opening Expert Reports | March 27, 2015 | May 22, 2015 |
| Responsive/Rebuttal Expert Reports | April 24, 2015 | June 19, 2015 |
| Expert Deposition Deadline | May 29, 2015 | July 10, 2015 |
| Summary Judgment and/or *Daubert* motion | June 22, 2015 | August 10, 2015 |

| deadline | | |
|---|---|---|
| Opposition Briefs | July 6, 2015 | August 31, 2015 |
| Reply Briefs | July 13, 2015 | September 14, 2015 |
| Notice all Summary Judgment and/or *Daubert* motions to be heard on | July 27, 2015 | September 28, 2015 |
| Pretrial Conference | Monday, November 16, 2015 at 3:00 PM | **(no change)** Monday, November 16, 2015 at 3:00 PM |
| Trial | Tuesday, December 1, 2015 at 9:00 AM | **(no change)** Tuesday, December 1, 2015 at 9:00 AM |

This modified schedule supersedes all other scheduling dates previously ordered.

SO STIPULATED.

                KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: <u>December 23, 2014</u>    By: <u>./s/ *Mark D. Kachner*</u>
                                       Joseph R. Re
                                         Jon W. Gurka
                                         Stephen W. Larson
                                         Nicholas A. Belair
                                         Mark D. Kachner
                                         Attorneys for Plaintiffs,
                                         MASIMO CORPORATION and
                                         MASIMO INTERNATIONAL SARL

| | | |
|---|---|---|
| 1 | | FOLEY & LARDNER LLP |
| 2 | | |
| 3 | Dated: December 23, 2014__ | By: */s/ Nicola A Pisano (With Permission)__* |
| 4 | | Nicola A. Pisano |
| | | Jose L. Patino |
| 5 | | Justin E. Gray |
| 6 | | Christopher C. Bolten |
| 7 | | Attorney for Defendant and Counter-Plaintiff |
| 8 | | SHENZHEN MINDRAY BIOMEDICAL ELECTRONICS CO., LTD. |

19559297

- 3 -