IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION a Delaware corporation,<br><br>and<br><br>MASIMO INTERNATIONAL SARL, a corporation of Switzerland<br><br>Plaintiffs,<br><br>v.<br><br>SHENZHEN MINDRAY BIO-MEDICAL ELECTRONICS CO., LTD a corporation of the People's Republic of China<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No.<br>SACV12-02206 CJC (JPRx)<br><br>**MODIFIED SCHEDULING ORDER** |

The Court, having considered the parties Joint Stipulation and Proposed Modified Scheduling Order and finding good cause, HEREBY ORDERS that the case schedule shall be modified as follows:

| | **Original Date** | **Modified Date** |
|---|---|---|
| Target Date for Substantial Completion of Document Production (Dkt. 262) | January 16, 2015 | January 30, 2015 |
| Fact Discovery Cut-off | February 27, 2015 | April 30, 2015 |
| Joinder of Parties and Amendment of Pleadings | July 27, 2015 | **(no change)** July 27, 2015 |
| Opening Expert Reports | March 27, 2015 | May 22, 2015 |
| Responsive/Rebuttal Expert Reports | April 24, 2015 | June 19, 2015 |
| Expert Deposition Deadline | May 29, 2015 | July 10, 2015 |
| Summary Judgment and/or *Daubert* motion deadline | June 22, 2015 | August 10, 2015 |
| Opposition Briefs | July 6, 2015 | August 31, 2015 |
| Reply Briefs | July 13, 2015 | September 14, 2015 |
| Notice all Summary Judgment and/or *Daubert* motions to be heard on | July 27, 2015 | September 28, 2015 |
| Pretrial Conference | Monday, November 16, 2015 at 3:00 PM | **(no change)** Monday, November 16, 2015 at 3:00 PM |

- 1 -

| Trial | Tuesday, December 1, 2015 at 9:00 AM | **(no change)** Tuesday, December 1, 2015 at 9:00 AM |

This modified schedule supersedes all other scheduling dates previously ordered:

IT IS SO ORDERED.

Dated: January 5, 2015

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE