UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 12-02206-CJC(DFMx)                                Date: June 3, 2015

Title: <u>MASIMO CORPORATION, ET AL. V. SHENZHEN MINDRAY BIO-MEDICAL ELECTRONICS CO., LTD.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Melissa Kunig</u>                                                                 <u>   N/A    </u>
Deputy Clerk                                                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                                   None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING DEFENDANT'S MOTIONS FOR REVIEW OF THE MAGISTRATE JUDGE'S ORDERS** [filed 5/7/15 and 5/11/15]

      Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing sets for June 8, 2015 at 1:30 p.m. are hereby vacated and off calendar.

      Before the Court is Defendant Shenzhen Mindray Bio-Medical Electronics Co., Ltd.'s ("Defendant") motions for review of the Magistrate Judge's April 17 and April 22 Orders.  (Dkt. Nos. 526, 530, Def.'s Mots.)  Defendant's motions are **DENIED.**  Nothing in the Magistrate Judge's Orders is contrary to law.  With respect to Plaintiffs Masimo Corporation and Masimo International SARL's (together, "Plaintiffs") motions to compel production of documents and interrogatory responses, the Magistrate Judge did not commit clear error in finding that the requested documents and information are within Defendant's control.  This control is based not only the assignment agreement between Defendant and its parent company, Mindray Medical International Limited ("MMIL"), but also on the nature of the relationship between Defendant and MMIL.[1]

---

[1]  The Magistrate Judge also correctly concluded that judicial estoppel does not apply and that no prior disposition on this matter was issued.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 12-02206-CJC(DFMx)           Date: June 3, 2015
                                                                                             Page 2

       Nor did the Magistrate Judge err in denying Defendant's motion to compel production of documents. Defendant falls far short of making the necessary showing to disrupt the attorney-client relationship and invade the attorney-client privilege. The bare allegations of Defendant's Counterclaim concerning events dating back over ten years are not sufficient to meet Defendant's burden to pierce the privilege. *See Laser Indus., Ltd. v. Reliant Techs., Inc.*, 167 F.R.D. 417 (N.D. Cal. 1996) (denying discovery request where defendant failed to make proper showing that the privileged communications at issue were in furtherance of the commission of fraud on the Patent Office).

ssh

MINUTES FORM 11
CIVIL-GEN                                                                           Initials of Deputy Clerk MKU