# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation and MASIMO INTERNATIONAL SARL, a corporation of Switzerland,<br><br>Plaintiffs,<br><br>v.<br><br>SHENZHEN MINDRAY BIO-MEDICAL ELECTRONICS CO., LTD., a corporation of the People's Republic of China,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV12-02206 CJC (DFMx)<br><br>**MODIFIED SCHEDULING ORDER** |

The Court, having considered the parties Joint Stipulation and Proposed Modified Scheduling Order and finding good cause, HEREBY ORDERS that the expert deposition deadline shall be extended by two weeks as follows:

Case No. SACV12-02206 CJC (DFMx)

4813-3808-8997.1

|  | **Original Date** | **Modified Date** |
|---|---|---|
| Expert Deposition Deadline | July 10, 2015 | July 24, 2015 |
| Joinder of Parties and Amendment of Pleadings | July 27, 2015 | **(no change)** July 27, 2015 |
| Summary Judgment and/or *Daubert* motion deadline | August 10, 2015 | **(no change)** August 10, 2015 |
| Opposition Briefs | August 31, 2015 | **(no change)** August 31, 2015 |
| Reply Briefs | September 14, 2015 | **(no change)** September 14, 2015 |
| Notice all Summary Judgment and/or *Daubert* motions to be heard on | September 28, 2015 | **(no change)** September 28, 2015 |
| Pretrial Conference | Monday, November 16, 2015 at 3:00 PM | **(no change)** Monday, November 16, 2015 at 3:00 PM |
| Trial | Tuesday, December 1, 2015 at 9:00 AM | **(no change)** Tuesday, December 1, 2015 at 9:00 AM |

This modified schedule supersedes all other scheduling dates previously ordered:

IT IS SO ORDERED.

Dated: June 25, 2015

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE