Joseph R. Re (SBN 134,479)
Joe.Re@knobbe.com
Karen Vogel Weil (SBN 145,066)
Karen.Weil@knobbe.com
Jon W. Gurka (SBN 187,964)
Jon.Gurka@knobbe.com
Brian C. Horne (SBN 205,621)
Brian.Horne@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Attorneys for Plaintiffs
MASIMO CORPORATION and
MASIMO INTERNATIONAL SARL

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION a Delaware corporation, and MASIMO INTERNATIONAL SARL, a corporation of Switzerland<br><br>Plaintiffs,<br><br>v.<br><br>SHENZHEN MINDRAY BIO-MEDICAL ELECTRONICS CO., LTD a corporation of the People's Republic of China<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. SACV12-02206 CJC (DFMx)<br><br>**NOTICE OF LODGING [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br>Pretrial Conference: November 16, 2015<br>Time: 3:00 P.M.<br><br>Trial: December 8, 2015<br>Time: 9:00 a.m.<br>Ctrm. 9B<br><br>Hon. Cormac J. Carney |

1  Pursuant to Fed. R. Civ. P. 16, L.R. 16-7, and this Court's September 24,
2  2015 Order (D.I. 789), Plaintiffs Masimo Corporation and Masimo International
3  SARL hereby submits the parties' [Proposed] Final Pretrial Conference Order.
4  Respectfully submitted,

Respectfully submitted,
KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 9, 2015     By: */s/ Joseph R. Re*
                                Joseph R. Re
                                Karen Vogel Weil
                                Jon W. Gurka
                                Brian C. Horne

                                Attorneys for Plaintiffs,
                                MASIMO CORPORATION and
                                MASIMO INTERNATIONAL SARL

- 1 -